JS-6

LAURA BURSON (S.B. #204459)
lburson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6334
Facsimile: (213) 430-6407

ERIC J. AMDURSKY (S.B. #180288)
eamdursky@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025-7019
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Attorneys for Plaintiff Legendary Foods, LLC and Counterclaim-Defendants Legendary Foods, LLC, Ronald Penna, Richie Fiene, Chris Van de Polder, and Roberto Montano*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEGENDARY FOODS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SIMPLY GOOD FOODS USA, INC., a Delaware corporation, QUEST NUTRITION, LLC, a Delaware limited liability company, and DOES 1-20,<br><br>Defendants. | Case No. CV 24-6337-GW-KSx<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(II)**<br><br>Judge: Hon. George H. Wu |
| SIMPLY GOOD FOODS USA, INC., a New York corporation, QUEST NUTRITION, LLC, a Delaware limited liability company,<br><br>Counterclaim-Plaintiffs, | |

- 1 -

v.

LEGENDARY FOODS, LLC, a California limited liability company, RICHIE FIENE, an individual, ZACH KAZARIAN, an individual, KYLE KAZARIAN, an individual, CHRIS QUEMENA, an individual, CHRIS VAN DE POLDER, an individual, ROBERTO MONTANO, an individual, RONALD PENNA, an individual, and DOES 1 through 10, inclusive,

        Counterclaim-Defendants.

Having considered Plaintiff and Counterclaim-Defendant Legendary Foods, LLC and Counterclaim-Defendants Ronald Penna, Richie Fiene, Chris Van de Polder, Roberto Montano, Zach Kazarian, Kyle Kazarian, and Chris Quemena and Counterclaim-Plaintiffs and Defendants Simply Good Foods USA, Inc. and Quest Nutrition, LLC's Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED** that the Joint Stipulation for Dismissal is **GRANTED**. The entire action and all claims, defenses, and counterclaims against all parties is hereby dismissed with prejudice. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: July 22, 2025

HON. GEORGE H. WU,
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
2:24-CV-06337-GW-KS